**ORAL ARGUMENT NOT YET SCHEDULED**
**No. 26-1062**

United States Court of Appeals
for the District of Columbia Circuit

BROADBAND COMMUNICATIONS ASSOCIATION OF PENNSYLVANIA; BROADBAND COMMUNICATIONS ASSOCIATION OF WASHINGTON; INDIANA CABLE AND BROADBAND ASSOCIATION; MISSISSIPPI INTERNET AND TELEVISION; TENNESSEE CABLE & BROADBAND ASSOCIATION; VCTA – BROADBAND ASSOCIATION OF VIRGINIA; AND NEWSMAX MEDIA INC.,

*Appellants/Petitioners*,

v.

FEDERAL COMMUNICATIONS COMMISSION,

*Appellee/Respondent.*

On Notice of Appeal from
an Order of the Federal Communications Commission,
MB Docket No. 25-331

**BRIEF FOR ZIONIST ORGANIZATION OF AMERICA AS *AMICUS CURIAE* IN SUPPORT OF APPELLANTS/PETITIONERS**

Ralph G. Blasey, III
Law Office of Ralph G. Blasey, III
2 Wisconsin Circle, Suite 700
Chevy Chase, Maryland 20815
(301) 339-4152
ralph@blaseylaw.com

*Counsel for Amicus Curiae*
*Zionist Organization of America*

March 27, 2026

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to Circuit Rule 28(a)(1), the undersigned counsel certifies the following:

### A.    Parties and *Amici*

Except for the present amici, and any other amici who have not yet entered an appearance in this Court, all parties, intervenors and amici appearing in this Court are listed in the Brief for Appellants

### B.    Ruling Under Review

The ruling under review is the March 19, 2026 order of the Media Bureau of the Federal Communications Commission granting the applications to transfer control of broadcast licenses held by TEGNA Inc. to Nexstar Media Group, Inc.

### C.    Related Cases

This Court has consolidated case No. 26-1065, another appeal from the ruling under review, with this appeal.

*/s/*   Ralph G. Blasey, III

Ralph G. Blasey, III
*Counsel for Amicus Curiae*

March 27, 2026

i

## RULE 29 CERTIFICATE

All parties have consented to the filing of this *amicus curiae* brief.

Pursuant to Rule 29(a)(4)(E) of the Federal Rules of Appellate Procedure, amicus curiae states that no counsel to a party in the matter before the Court authored this brief in whole or in part; that no party or party's counsel contributed money intended to fund preparing or submitting this brief.

/s/ Ralph G. Blasey, III

*Counsel for Amicus Curiae*

March 27, 2026

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 29(a)(4)(A) of the Federal Rules of Appellate Procedure, and consistent with D.C. Circuit Rule 26.1, *amicus curiae* states that the Zionist Organization of America is a 501(c)(3) organization with no parent corporation and no publicly held corporation owning 10% or more of its stock or other interest in the organization.

**TABLE OF CONTENTS**

**Page**

CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES ............. i

RULE 29 CERTIFICATE....................................................................................... ii

INTEREST OF *AMICUS CURIAE* ...................................................................... 1

INTRODUCTION AND ARGUMENT................. **Error! Bookmark not defined.**

CONCLUSION…………………………………………………………………….8

## INTEREST OF *AMICUS CURIAE*

The Zionist Organization of America is the oldest pro-Israel organization in the United States, founded in 1897 as the Federation of American Zionists. Supreme Court Associate Justice Louis Brandeis was an early president of ZOA. ZOA is dedicated to protecting the safety, rights and survival of the Jewish people, pro-Israel community and fellow American citizens, and promoting strong U.S.-Israel relations. ZOA educates the public, and participates in court and administrative proceedings, Congressional hearings, and media publications. ZOA is a leader in combatting antisemitism.  Through the ZOA Center of Law and Justice, ZOA assists Jewish, pro-Israel and neutral students on U.S. college campuses and K-12 who are attacked and threatened by radical groups.  ZOA is also involved in seeking justice for victims of terrorism, such as Joey Borgen, who was brutally attacked by an antisemitic radical Islamist gang  while walking by on a New York street, simply because Mr. Borgen was wearing a yarmulke. No entity other than ZOA paid expenses for filing this brief. ZOA's knowledge and experience can provide important insights and background for the Court. In addition, ZOA officers, staff and members include direct descendants of Holocaust survivors, victims and refugees. ZOA President Morton Klein is the son of Holocaust survivors, and was born in a displaced persons camp in Germany. ZOA Director of Special Projects and attorney Elizabeth Berney's father was a German-

Jewish refugee (who then joined the U.S. Army to fight the Nazis).  He spoke about the impact of pervasive antisemitic media that he was subjected to in his youth.

### ARGUMENT

Antisemitic attacks on college campuses, in K-12  schools, and in the streets of America is a pervasive and skyrocketing problem today.  Amcha Initiative's database of antisemitic incidents – just on college campuses – from 2015 through the date of this brief includes 11,696 incidents including 615 incidents of physical assault and destruction of Jewish property.[1]

The FBI Hate Crimes database reveals that Jews are the victims of 70% of religion-motivated hate crimes, despite the fact that Jews are only 2% of the U.S. population.[2]  The FBI database includes 1,832 reported anti-Jewish hate crimes in 2023 and 1,938 in 2024.  Many more go unreported.[3]

ZOA is concerned that consolidation often leads to "sweeping under the rug" and failures to cover local stories – and that those local stories include the tsunami of antisemitic attacks and their aftermath in localities throughout the country.

---

[1]  Amcha Initiative, Incidents Database, https://amchainitiative.org/search-by-incident#incident/display-by-date/

[2]  Itamar Eichner, "FBI: 70% of religious hate crimes in US directed against Jews," Ynet, Aug. 6, 2025, https://www.ynetnews.com/jewish-world/article/bjocdigoge

[3]  *Id.*

2

ZOA is also concerned that as a result of consolidation, international stories that have repercussions on the Jewish community in America, are not covered accurately, in context or at all.

We have seen the impact of consolidation and the loss of local newsrooms in the newspaper arena.  A 2020 report entitled "News Deserts and Ghost Newspapers: Will Local News Survive," by former Knight Chair in Journalism and Digital Media Economics Penelope Abernathy[4] found that one-fourth of American newspapers shut down in the previous fifteen years, including many news outlets focused on local communities; that local and state newsrooms were cut to "skeletal" levels; and that more than half of all local journalists were let go.  The quality and quantity of local reporting was drastically reduced.

Jewish media watchdog, the Committee for Accuracy in Middle East Reporting and Analysis (CAMERA.org)'s weekly website feature called "The News You Didn't Hear About this Week" documents that local antisemitic attacks and their aftermath and important news about attacks on Israel are being under-reported.  CAMERA's introduction to this feature explains that the New York Times' slogan "All the News That's Fit to Print," is merely "wishful thinking" in

---

[4]  Penelope Muse Abernathy, "News Deserts and Ghost Newspapers: Will Local News Survive," published by the Hussman School of Journalism and Media at the University of North Carolina at Chapel Hil, 2020, https://www.usnewsdeserts.com/reports/news-deserts-and-ghost-newspapers-will-local-news-survive/ .

that major newspaper outlets like the New York Times, the Washington Post, CNN, and others do not even adequately cover those stories they do print, fail to include context, and "often devote precious space to emotive or opinionated claims, while omitting highly material and relevant information."[5]

Here are a few of the local news stories regarding antisemitism, that CAMERA.org reported in its "The News You Didn't Hear About This Week" – which the major media outlets failed to cover:

- **A Violent Antisemite Gets Prison – And Adoring Fans:** Tarek Bazrouk, a fan of Hamas and self-professed "Jew hater," who attacked multiple identifiably Jewish individuals while wearing a Hamas headband, and belonged to a chat group receiving updates from Hamas spokesperson Abu Obeida, was sentenced to 17 months in prison for his violent attacks on Jewish people in New York City.   A search of Bazrouk's home found an airsoft gun that appeared to be an actual firearm, bullet casings, brass knuckles, four knives, including a switchblade and $750,000 in cash from an unclear source.  12,000 adoring fans of Bazrouk's antisemitic violence signed a letter to the judge supporting the judge, and 200 supporters showed up at his sentencing.  Antisemitic groups including

---

5   See, e.g., David Litman, "THE NEWS YOU DIDN'T HEAR ABOUT THIS WEEK: FRIDAY, OCTOBER 31, 2025," Introduction, https://www.camera.org/article/the-news-you-didnt-hear-about-this-week-friday-october-31-2025/

4

National Students for Justice in Palestine, Palestinian Youth Movement, Within Our Lifetime, Pal-Awda, and Columbia University Apartheid Divest called on supporters to pressure the judge into giving a lenient sentence for Bazrouk. "*Coverage of Bazrouk's sentencing, and his popular support among the anti-Israel protest movement, has been limited mainly to Fox News, the New York Post, and Jewish outlets.*"[6]

- **Evidence Emerges of Hamas's Execution of a Hostage:**  When it was revealed that a Gazan medical professional murdered 19-year old female Israeli hostage Noa Marciano by giving her a lethal injection at Shifa hospital (seen by her family on video), **only the *Daily Mail* and *New York Post* covered the revelation.**[7]

- **American Muslims for Palestine in Contempt of Court:**  In October 2023, Virginia's attorney general opened an investigation into American Muslims for Palestine (AMP) for providing funds to terrorist organizations.   AMP was formed by members of the Holy Land Foundation that was shut down for financially supporting Hamas.  When a state court held AMP in contempt for still

---

[6]  *Id.*

[7]  David Litman, "The News You Didn't Hear About This Week: Friday Dec. 12, 2025," CAMERA,   https://www.camera.org/article/the-news-you-didnt-hear-about-this-week-friday-december-12-2025/

refusing to turn over the requested documents and information two years later, **only JNS (Jewish News Syndicate) covered the story.**[8]

• **Int'l Quds Day Draws Tens of Thousands to Rallies Supporting Terror:** On March 13 and 15, 2026, "International Quds Day" established by former Iranian dictator Ayatollah Ruhollah Khomeini rallies took place in Chicago, New York and other cities in support of designated terrorist organizations including the Islamic Revolutionary Guards Corp, Hamas, Hezbollah, and the Houthis. These rallies – right on American soil – included chants of "death to America" and "death to Israel." In New York City, rally-goers called on Iran to strike Tel Aviv and for Hezbollah to destroy it, and chanted "We support Hezbollah here" and "We support Hamas here!" In Chicago, speakers led crowds in chants such as "there is only one solution: Intifada, revolution!" and "IRGC, make us proud! Bomb these genocidal clowns!" The chant for "Intifada" is a chant for murdering all Jews throughout the world. In New York, Toronto, and London, counter protesters rallied in support of Israel, the U.S. and against the Islamic Republic of Iran. This significant story showed the Islamic Republic of Iran's antisemitic footprint in America at this time of war – and yet "***Among American***

---

[8] David Litman, "The News You Didn't Hear About This Week: Friday Oct. 3, 2025," CAMERA, https://www.camera.org/article/the-news-you-didnt-hear-about-this-week-friday-october-2-2025/

*news outlets, just Fox News published a report limited to the demonstrations in New York City*."[9]

- **Antisemitism at Carnegie Mellon University:**   In January 2026, a Pennsylvania federal district court unsealed court documents in a lawsuit by Jewish American of Israeli descent Yael Canaan regarding the campaign of antisemitic abuse she was subjected to by the faculty and administration at Carnegie Mellon University in Pittsburgh.  Among other things, an architecture professor told Ms. Canaan that she should better use her time to explore "what Jews do to make themselves such a hated group."   Judge Hardy found that vast sums given by Qatar to the university was likely a source of antisemitic influence on CMU; and that Qatar's control over some of CMU's hiring and its contribution to salaries, including that of the assistant vice provost for DEI and Title XI coordinator who is charged with, among other things, deciding whether to dismiss or investigate formal discrimination complaints, "make it more probable that CMU's relationship with Qatar may have influenced . . . how [CMU] handles complaints lodged by students concerning antisemitism . . ."

CAMERA explained:  "*The story of Qatari funding in American higher education has been woefully underreported in general, let alone its impact or*

---

[9]   David Litman, "The News You Didn't Hear About This Week: Friday Mar. 20, 2026," CAMERA,    https://www.camera.org/article/the-news-you-didnt-hear-about-this-week-friday-march-20-2026/

*influence on antisemitism on college campuses. Major outlets like The New York Times and The Washington Post have been silent on this case, notwithstanding its revelations about Qatari influence in American higher education, a major story they have also consistently underreported*."[10]

## CONCLUSION

Justice Louis Brandeis – a former ZOA President – famously said that "Sunlight is the best disinfectant."  It stands to reason that the same coverage failures that we have seen in the newspaper realm will follow from a merger that leaves one entity owning or operating 80% of the broadcast news market.

For the reasons set forth above, the Court should conclude that the FCC lacks authority to waive the 39% cap and accordingly stay the FCC's Waiver Order.

Respectfully submitted,

*/s/*  Ralph G. Blasey, III

Ralph G. Blasey, III
Law Office of Ralph G. Blasey, III
2 Wisconsin Circle, Suite 700
Chevy Chase, Maryland 20815
(301) 339-4152
ralph@blaseylaw.com

March 27, 2026

---

[10]  David Litman, "The News You Didn't Hear About This Week: Friday Feb. 26, 2026," CAMERA,    https://www.camera.org/article/the-news-you-didnt-hear-about-this-week-friday-february-6-2026/

## CERTIFICATE OF COMPLIANCE WITH RULE 32

1.      This document complies with the type-volume limit of Federal Rules of Appellate Procedure 29(a)(5) and 32(a)(7)(B) because this document contains 2,179 words, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f) and Circuit Rule 32(e)(1).

2.      This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 365 in 14-point Times New Roman Font.

*/s/* Ralph G. Blasey, III

*Counsel for Amicus Curiae*

March 27, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2026, I caused the foregoing brief to be filed electronically with the Clerk of Court using the CM/ECF system, which will send a notification to the attorneys of record in this matter who are registered with the Court's CM/ECF system.

/s/ Ralph G. Blasey, III

*Counsel for Amicus Curiae*

March 27, 2026