# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

BROADBAND COMMUNICATIONS ASSOCIATION OF PENNSYLVANIA; BROADBAND COMMUNICATIONS ASSOCIATION OF WASHINGTON; INDIANA CABLE AND BROADBAND ASSOCIATION; MISSISSIPPI INTERNET AND TELEVISION; TENNESSEE CABLE & BROADBAND ASSOCIATION; VCTA – BROADBAND ASSOCIATION OF VIRGINIA; and NEWSMAX MEDIA, INC.,

*Appellants/Petitioners*,

&

DIRECTV, LLC

*Intervenor-Appellant/Petitioner*,

v.

FEDERAL COMMUNICATIONS COMMISSION,

*Appellee/Respondent*,

&

NEXSTAR MEDIA INC.

*Intervenor-Appellee/Respondent*,

Nos. 26-1062 (L) & 26-1065

## UNOPPOSED MOTION FOR AN EXTENSION OF TIME

Pursuant to D.C. Circuit Rule 27(g), Appellants/Petitioners (collectively, "Petitioners") hereby move for an extension of time of 14 days, to and including May 29, 2026, for the filing of an opposition to the Federal Communication Commission's Motion to Dismiss.  Unless an extension is granted, the deadline for filing the opposition will be May 15, 2026.  No parties oppose the requested extension.

In support of this request, Petitioners state as follows:

1.     On March 21, 2026, Petitioners filed a notice of appeal or, alternatively, an emergency petition for writ of mandamus arising from the March 19, 2026 Media Bureau order granting the applications to transfer control of broadcast licenses held by TEGNA Inc. to Nexstar Media Group, Inc.  That same day, Petitioners moved for a stay of the Media Bureau's order.

2.     On April 28, 2026, this Court denied Petitioners' request for a stay and ordered the FCC to file a response to the emergency petition for writ of mandamus by May 11, 2026 that, among other things, explains "when [the Commission] expects to satisfy its nondiscretionary obligation to 'pass[] upon' the pending application for review of the Media Bureau Order."  Order Denying Stay, No. 26-1062 at 2 (Apr. 28, 2026) (quoting 47 U.S.C. § 155(c)(4)).

3.     On May 5, 2026, the FCC moved to dismiss the appeal for lack of jurisdiction.  Appellee/Respondent Nexstar joined the FCC's motion the same day.

2

Under Federal Rule of Appellate Procedure 27(a)(3)(A), Petitioners' opposition to the motion to dismiss would be due on May 15, 2026.

4.    Undersigned counsel for Petitioners has substantial briefing and argument obligations between now and May 15, including:

- oral argument in *North Metro Harness Initiative LLC v. Beattie*, No. 25-2857 (8th Cir.) on May 12, 2026;

- oral argument in *WilmerHale v. Exec. Off. of the President*, No. 25-5277 (D.C. Cir.) on May 14, 2026; and

- preparing for an oral argument in *California v. Exxon Mobil Corp.*, No. 25-1674 (9th Cir.) on May 18, 2026.

5.    An extension of time is necessary to allow Petitioners to prepare a response to the FCC's motion that best presents the jurisdictional arguments for this Court's review.

6.    Before filing this motion, undersigned counsel conferred with counsel for all parties across the lead and consolidated cases.  The Public Interest Appellants (appellants/petitioners in case 26-1065) and DIRECTV (intervenor in case 26-1062) join in this request for an extension.  The FCC and Nexstar do not oppose the requested extension.

WHEREFORE, for the foregoing reasons, Petitioners request a 14-day extension of time, to and including May 29, 2026, within which they may file an opposition to the FCC's motion to dismiss.

Respectfully submitted,

s/Paul D. Clement

JONATHAN A. FRIEDMAN
MICHAEL D. HURWITZ
SAMUEL H. ECKLAND
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, DC 20006

PAUL D. CLEMENT
JAMES Y. XI
KEVIN WYNOSKY
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
paul.clement@clementmurphy.com

*Counsel for Appellants/Petitioners Broadband Communications Association of Pennsylvania; Broadband Communications Association of Washington; Indiana Cable and Broadband Association; Mississippi Internet and Television; Tennessee Cable & Broadband Association, and VCTA – Broadband Association of Virginia*

MARK I. BAILEN P.C.
BAILEN LAW
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
(202) 656-0422
mb@bailenlaw.com

*Counsel for Appellant/Petitioner Newsmax Media Inc.*

May 8, 2026

4

## CERTIFICATE OF COMPLIANCE

I hereby certify that:

1. This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains because it contains 433 words, excluding the parts exempted by Federal Rule of Appellate Procedure 32(f).

2. This motion complies with Federal Rule of Appellate Procedure 32(a)(5)'s typeface requirements and Federal Rule of Appellate Procedure 32(a)(6)'s typestyle requirements because it has been prepared in a proportionally spaced typeface using Microsoft Word for Microsoft 365 in 14-point Times New Roman font.

May 8, 2026

s/Paul D. Clement
Paul D. Clement

## CERTIFICATE OF SERVICE

I certify that, on May 8, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system.

s/Paul D. Clement
Paul D. Clement