**[NOT SCHEDULED FOR ORAL ARGUMENT]**

**Nos. 26-1602, 26-1065**

## UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

——————————

BROADBAND COMMUNICATIONS ASSOCIATION OF PENNSYLVANIA, ET AL.,

*Appellants-Petitioners*,

v.

FEDERAL COMMUNICATIONS COMMISSION,

*Appellee-Respondent*.

——————————

FREE PRESS, ET AL.,

*Appellants-Petitioners*,

v.

FEDERAL COMMUNICATIONS COMMISSION,

*Appellee-Respondent*.

——————————

On Appeal from
an Order of the Federal Communications Commission,
MB Docket No. 25-331

——————————

## PUBLIC INTEREST APPELLANTS' NOTICE OF JOINDER IN
## OPPOSITIONS TO MOTION TO DISMISS

——————————

Gigi B. Sohn
G Squared Strategies
3503 Alton Place, NW
Washington, DC 20008

Simon C. Brewer
Paul R.Q. Wolfson
Kali Schellenberg
Bradley Girard
Andrew Bookbinder
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090

*Counsel for Appellants-Petitioners in No. 26-1065*

Public Interest Appellants (Appellants in No. 26-1065) respectfully file this notice joining the Industry Appellants' and Intervenor-Appellant's oppositions to the motion to dismiss filed in No. 26-1062. For the reasons set forth in those papers, as well as those previously submitted by Public Interest Appellants (Notice of Appeal or, in the Alternative, Emergency Petition for Writ of Mandamus 10-14; Stay Reply 2-4), the order under review represents a "decision[] [or] order[] of the Commission" within the meaning of 47 U.S.C. § 402(b). Accordingly, the Court should deny the motion to dismiss and promptly establish a briefing schedule on the merits of these appeals.

Date: May 29, 2026

Gigi B. Sohn
G Squared Strategies
3503 Alton Place, NW
Washington, DC 20008

Respectfully submitted,

*/s/ Simon C. Brewer*
Simon C. Brewer
Paul R.Q. Wolfson
Kali Schellenberg
Bradley Girard
Andrew Bookbinder
Robin F. Thurston
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
pwolfson@democracyforward.org

*Counsel for Public Interest Appellants*

## CERTIFICATE OF COMPLIANCE

I hereby certify that:

1. This brief complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 103 words, excluding the parts of the brief exempted by Federal Rule of Appellate Procedure 32(f) and D.C. Circuit Rule 32(e)(1).

2. This brief complies with Federal Rule of Appellate Procedure 32(a)(5)'s typeface requirements and Federal Rule of Appellate Procedure 32(a)(6)'s typestyle requirements because it has been prepared in a proportionally spaced typeface using Microsoft Word for Microsoft 365 in 14-point Times New Roman font.

May 29, 2026

*/s/ Simon C. Brewer*
Simon C. Brewer